UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:12-CR-91 RM |
| | ) | |
| LYNN LITTLE (03) | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 13, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 175], ACCEPTS defendant Lynn Little's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. §§ 841 and 846 and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   October 2, 2012

　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　Northern District of Indiana