UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:12-CR-91 RM |
| ) | |
| JOSE PATLAN (01) ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 21, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 241], ACCEPTS defendant Jose Patlan's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  January 9, 2013

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana