UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:12-CR-91 RM |
| | ) | |
| GUILLERMO PATLAN (05) | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 19, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 237], ACCEPTS defendant Guillermo Patlan's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   January 9, 2013

     /s/ Robert L. Miller, Jr.
    Judge, United States District Court
    Northern District of Indiana