UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:12-CR-91 RM |
| ) | |
| BROCK CROWE (09) ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 12, 2013. Accordingly, the court ADOPTS those findings and recommendations [docket # 362], ACCEPTS defendant Brock Crowe's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   October 2, 2013

    /s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana